SEALED   ORIGINAL

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:24MJ 314 |
| TAYLOR BULLARD | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    TAYLOR BULLARD
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One
18 U.S.C § 875(c) Sending Threatening Interstate Communications

INFORMATION COPY ONLY
NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.

Date: 12/19/2024

*Issuing officer's signature*

City and state:   Norfolk, VA    Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/19/24, and the person was arrested on *(date)*
at *(city and state)* Houston, TX

Date: 12/20/2024

*Arresting officer's signature*

Joseph Oppedisano
*Printed name and title*

SEALED  ORIGINAL

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| TAYLOR BULLARD | ) Case No. 2:24MJ 314 |
| Defendant | ) FID: 11749743 |
| | ) FBI |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TAYLOR BULLARD,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One:
18 U.S.C. § 875(c) Sending Threatening Interstate Communications

Date: 12/19/2024

_____
Issuing officer's signature

City and state: Norfolk, VA

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

Warrant executed in Southern District of Texas, Houston on December 24, 2024.